# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY M. MADRIGAL, individually and as representative of a class of participants and beneficiaries and on behalf of the Kaiser Permanente 401K Retirement Plan,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP; KAISER PERMANENTE ADMINISTRATIVE COMMITTEE; DOES 1-10, inclusive<br><br>                    Defendants. | Case No. 2:24-cv-05191 MRA (JCx)<br><br>**ORDER GRANTING STIPULATION TO STAY THE ACTION AND EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLANT**<br><br>Judge:   Mónica Ramírez Almadani<br><br>Second Amended Complaint Filed May 28, 2025 |

On July 10, 2025, Plaintiff Stacey M. Madrigal ("Plaintiff") and Defendants Kaiser Foundation Health Plan, Inc.; Southern California Permanente Medical Group; Kaiser Permanente Administrative Committee (collectively "Defendants"), (Plaintiff and Defendants are referred to as the "Parties") filed a stipulation to stay the action and extend the Defendants' time to respond to Plaintiff's Second Amended Complaint. The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. The action is stayed until 30 days after the later of the resolution of the Ninth Circuit appeal in *Hutchins v. HP*, No. 25-826 (9th Cir.), appeal filed Feb. 6, 2025, or *Wright v. JP Morgan Chase & Co.*, No. 25-4235 (9th Cir.) appeal filed Jul. 9, 2025, including any subsequent petitions for rehearing or rehearing en banc in the Ninth Circuit;

2. The deadline for the Defendants to file a motion to dismiss or otherwise respond to the SAC is continued until 2 weeks after any denial of the requested stay, or if the stay is granted, until 30 days after the stay is lifted;

3. The Parties shall file a Joint Status Report in this case within 30 calendar days of the Ninth Circuit Court's decision in the later of *Hutchins v. HP* and *Wright v. JP Morgan Chase & Co.* to address the impact of the decision on the litigation and the stay; and

4. The Clerk shall administratively close this case until the stay is lifted.

IT IS SO ORDERED.

Dated: July 11, 2025

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO STAY THE ACTION AND EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLANT;
Case No. 2:24-cv-05191 MRA (JCx)